UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re | ) | Case No. 08-43814 |
| Richard Lafferty | ) | |
| | ) | Chapter No. 7 |
| | ) | |
| Debtor(s) | ) | (Amended) |
| | ) | Application for Unclaimed Dividends |
| ______________________________ | ) | and Certificate of Service |

I am applying for funds in the amount $38,931.18, which have been paid into the court by the trustee in this case for the following creditor:

Name: Weyerhaeuser Realty Investors

Address: MS CH 1J25, PO Box 9777, Federal Way, WA 98063-9777

Last four digits of SS# or Tax ID#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

Please check the appropriate box.

_X_ I am the creditor named above (See attached Officer's Certificate)

_____ I hold an ownership interest of ______% in the creditor and my ownership interest is that of ____________________________ (e.g. sole proprietorship, partner, stockholder). I have authority from any and all other parties holding an ownership interest in the creditor to collect funds on behalf of the creditor.

____ I am an employee of the creditor names above and my title is ______________________. I am authorized by the creditor to file this application and have attached an authorization to collect on behalf of the creditor because I am not an officer of the company or corporation.

____ I am the legal representative for the creditor named above. I have attached an original, notarized power of attorney which includes the case number, case name, chapter number, dollar amount of claim and the typed name, title (if applicable), address and phone number of the person who signed the power of attorney. An **original** business is attached if the claimant is employed by the creditor. Also, an authorization to collect on behalf is attached if the claimant is not an officer of the company or corporation.

_____ I am a successor in interest, or its legal representative (legal representatives must attach a power of attorney as described above) and I have attached documentation which establishes my right to make this claim . Please provide a brief history of the creditor named above and attach documents that clearly establish that the unclaimed funds are included in any sale, merger, transfer or acquisition.

____ I am the heir/legal representative of the creditor who is deceased. I have attached a certified copy of the death certificate and other appropriate documents that support my right to act on behalf of the decedent's estate.

_____ None of the above apply. I have attached documents that show that I am entitled to the unclaimed funds because:

I have no knowledge that any other party may be entitled to these funds and I am not aware of any dispute regarding these funds.

On 7-15-16, I mailed a copy of this application to the U.S. Attorney for the Northern District of California, 450 Golder Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

I understand that pursuant to 18 U.S.C. section 152, I will be fined not more than $5,000, or imprisoned not more than five years, or both if I knowingly and fraudulently made any false statements in this document.

***I certify, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.***

[signature]
Signature of Creditor/Claimant

MS CH1J25, PO Box 9777
Federal Way, WA 98063-9777
Address of Creditor/Claimant

Ali D. Seals
Typed or Printed Name

(253) 924-4011
Telephone Number of Creditor/Claimant

July 15, 2016
Date

Ali.Seals@weyerhaeuser.com
E-mail Address of Creditor/Claimant

STATE OF WASHINGTON
COUNTY OF KING

On July 15, 2016, before me the undersigned, A Notary Public in and for said County and State, personally appeared Ali D. Seals, personally known to me or proved to me on basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity and that by his signature on the instrument the person or entity on behalf of the person acted executed the instrument.

FRENCHIE LIGHTBOURN NOTARY PUBLIC STATE OF WASHINGTON COMMISSION EXPIRES 03-10-19

WITNESS my hand and official seal
Frenchie Lightbourn
Notary Public – Frenchie Lightbourn
Notary Public in and for the State of Washington, residing at Kent WA
My commission expires 03/10/2019