Form NUCF

**UNITED STATES BANKRUPTCY COURT**
***for the***
**Northern District of California**

| | |
|---|---|
| **In re Debtor(s):**<br><br>Richard Lafferty | Case No.: 08−43814 RLE 7<br>Chapter: 7 |

## Notice of Deficient Application for Unclaimed Dividends

CLAIMANT: Creditor Weyerhaeuser Realty Investors CLAIM: 38,931.18

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service

- ☐ The Affidavit was not submitted.
- ☐ The Affidavit was not signed.
- ☐ The original Affidavit was not submitted.

- ☐ The search fee was not submitted.
- ☐ A current photo id was not included with the application.
- ☐ An original business card was not included with the application.
- ☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.
- ☐ You did not submit a document that verifies your current address.
- ☐ An authorization to collect funds was not included with the application.
- ☐ The Power of Attorney has expired.
- ☐ W−9 Form not submitted. Please submit a completed and signed W−9 form.

☑ Other: Funds have been disbursed on April 4, 2012 pursuant to court order dated 3/27/2012. Please see case docket # 202.

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 8/29/2016 . If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to:
U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120−7341. Attention: Chris Gundayao

Dated: 7/28/16

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Chris Gundayao
(415)268−2344
Chris_Gundayao@canb.uscourts.gov