Form NWUCF

**UNITED STATES BANKRUPTCY COURT**
***for the***
**Northern District of California**

| | |
|---|---|
| **In re Debtor(s):**<br><br>Richard Lafferty | Case No.: 08−43814 RLE 7<br>Chapter: 7 |

## Notice of Failure to Cure Deficiencies in an Application for Unclaimed Dividends

Notice is given that the Application for Unclaimed Dividends, submitted by claimant Creditor Weyerhaeuser Realty Investors , on 7/25/2016, in the above captioned case, is hereby deemed withdrawn due to claimant's failure to timely submit required and/or additional documents/information. The Court will take no further action on this application.

Dated: 10/25/16

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

By: Chris Gundayao
(415)268−2344
Chris_Gundayao@canb.uscourts.gov